■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. SCOTT, Appellant. [942 NYS2d 382]—Appeal from a judgment of the County Court of Saratoga County (Scarano, J.), rendered January 28, 2011, convicting defendant upon his plea of guilty of the crime of grand larceny in the third degree.

Defendant pleaded guilty to grand larceny in the third degree and executed a written waiver of the right to appeal. In accordance with the plea agreement, defendant was sentenced to time served and ordered to pay restitution. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant upon the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Lahtinen, J.P., Spain, McCarthy, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.